UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_________________________________________X

RICHARD BOURT, JR.,

CIVIL ACTION

Plaintiff

NO. 3:02CV00191 (AVC)

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

_________________________________________X

_________________________________________X

SAMUEL J. COMPO,

CIVIL ACTION

Plaintiff

NO: 3:02CV1675(PCD)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_________________________________________X

_________________________________________X

ROBERT L. FUDA,

CIVIL ACTION

Plaintiff

NO. 3:02CV01678 (RNC)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_________________________________________X

**FELA HEARING LOSS CASES - MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

______________________________________X

JOHN P. GEARY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

______________________________________X

ROBERT HICKEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

______________________________________X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

______________________________________X

THOMAS KINIRY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

______________________________________________X

RICHARD K. LASKEVITCH

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

______________________________________________X

JOHN RAGGI,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

______________________________________________X

EDWARD P. RUSSO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

_______________________________________X

JAMES SCOFIELD,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV1683 (JCH)

_______________________________________X

MICHAEL SELMONT,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV1677 (GLG)

_______________________________________X

MILLARD J. SULLIVAN,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV01684 (JCH)

_______________________________________X

FRANCIS BAKUTIS,

Plaintiff

CIVIL ACTION

NO. 3:02CV01877 (MRK)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

_______________________________________X

ROBERT C. BLACK,

Plaintiff

CIVIL ACTION

NO. 3:02CV01873 (AVC)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

_______________________________________X

JAMES CAFFREY,

Plaintiff

CIVIL ACTION

NO. 3:02CV01884 (CFD)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

________________________________________X

CHARLES KANE,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

________________________________________X

KARL KAUTZ,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01874 (JBA)

________________________________________X

FREDERICK N. KOVAL,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

_______________________________________X

SIGISMONDO LoVERME,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

_______________________________________X

HENRY MACKEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV01881 (AWT)

_______________________________________X

LOUIS MURRAY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV01882 (JBA)

________________________________________X

ALFRED C. SCHUMACHER,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01875 (AHN)

________________________________________X

TIMOTHY STRAND,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01883 (AWT)

________________________________________X

TIMOTHY SWEENEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01872 (RNC)

________________________________________X

| | |
|---|---|
| BILLY JOE WILSON,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACATION<br><br>NO. 3:02CV01876 (DJS) |

________________________________________X

________________________________________X

| | |
|---|---|
| NICKOLAS R. ATLAS,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY,<br><br>Defendant | CIVIL ACTION<br><br>NO. 3:02CV02029 (DJS) |

________________________________________X

________________________________________X

| | |
|---|---|
| MICHAEL BETTINI,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:02CV02030 (RNC) |

________________________________________X

__________________________________________X

PAUL F. CIUZIO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

__________________________________________X

CIVIL ACTION

NO. 3:02CV02032 (JBA)

__________________________________________X

RICHARD FANNING,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

__________________________________________X

CIVIL ACTION

NO. 3:02CV02034 (SRU)

__________________________________________X

THOMAS FARLEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

__________________________________________X

CIVIL ACTION

NO. 302CV02035 (WWE)

_______________________________________X

CALOGERO FARRUGGIO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

_______________________________________X

CLYDE GIBBS,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

_______________________________________X

THOMAS INFANTINO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

_______________________________________X

| | |
|---|---|
| ANTONIO P. SARTORI, JR.,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:02CV02039 (PCD) |

_______________________________________X

_______________________________________X

| | |
|---|---|
| LAWRENCE TRAMAGLINI,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 302CV02040 (SRU) |

_______________________________________X

_______________________________________X

| | |
|---|---|
| JOSEPH WALZ,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:02CV02041 (DJS) |

_______________________________________X

_______________________________________X

MAURICE BARRETT,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:03CV00180 (DJS)

_______________________________________X

DAVID BETRIX,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:03CV00181 (WWE)

_______________________________________X

THOMAS BYRNE, SR.,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:03CV00182 (CFD)

_______________________________________X

| | |
|---|---|
| FRANK DiLORENZO,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:03CV00183 (AWT) |

_______________________________________X

_______________________________________X

| | |
|---|---|
| DENNIS INCONSTANTI,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:03CV00184 (MRK) |

_______________________________________X

_______________________________________X

| | |
|---|---|
| JOHN F. JOHNSON, JR.,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:03CV00185 (GLG) |

_______________________________________X

______________________________________________X

JOHN MELILLO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

______________________________________________X

CIVIL ACTION

NO. 3:03CV00186 (RNC)

______________________________________________X

JERRY D. PATTERSON, SR.,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:03CV00187 (GLG)

______________________________________________X

PEDRO RODRIGUEZ,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:03CV00188 (JBA)

________________________________________X

| | |
|---|---|
| RICHARD STARR,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:03CV00189 (RNC) |

________________________________________X

________________________________________X

| | |
|---|---|
| ROBERT WEST,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:03CV00190 (AWT) |

________________________________________X

________________________________________X

| | |
|---|---|
| ROBERT F. WRIGHT,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:03CV00191 (RNC)<br><br>NOVEMBER 14, 2003 |

________________________________________X

**PLAINTIFFS' MOTION TO COMPEL METRO-NORTH**

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9). A memorandum of a law and an affidavit are being filed herewith.

FOR THE PLAINTIFFS,

By________________________________
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.

________________________________
Scott E. Perry