UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————————————————————X

SAMUEL J. COMPO,                                           CIVIL ACTION

      Plaintiff                                           NO: 3:02CV1675(PCD)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

      Defendants                                          FEBRUARY 25, 2004
———————————————————————X

———————————————————————X

ROBERT L. FUDA,                                           CIVIL ACTION

      Plaintiff                                          NO. 3:02CV01678 (RNC)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

      Defendants                                          FEBRUARY 25, 2004
———————————————————————X

———————————————————————X

JOHN P. GEARY,                                           CIVIL ACTION

      Plaintiff                                          NO. 3:02CV01679 (WWE)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

      Defendants                                          FEBRUARY 25, 2004
———————————————————————X

**FELA HEARING LOSS CASE.  MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

——————————————————————X

THOMAS KINIRY,                                    CIVIL ACTION

    Plaintiff                                NO. 3:02CV01680 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants                               FEBRUARY 25, 2004

——————————————————————X

——————————————————————X

RICHARD LASKEVITCH,                              CIVIL ACTION

                                                 NO. 3:02CV1676 (GLG)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants                               FEBRUARY 25, 2004

——————————————————————X

——————————————————————X

JOHN RAGGI,                                      CIVIL ACTION

    Plaintiff                                NO. 3:02CV01681 (GLG)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants                               FEBRUARY 25, 2004

——————————————————————X

—————————————————————————X

EDWARD P. RUSSO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

—————————————————————————X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

FEBRUARY 25, 2004

—————————————————————————X

JAMES SCOFIELD,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

—————————————————————————X

CIVIL ACTION

NO. 3:02CV1683 (JCH)

FEBRUARY 25, 2004

—————————————————————————X

MICHAEL SELMONT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

—————————————————————————X

CIVIL ACTION

NO. 3:02CV1677 (GLG)

FEBRUARY 25, 2004

———————————————————————X

MILLARD J. SULLIVAN,                              CIVIL ACTION

     Plaintiff                                  NO. 3:02CV01684 (JCH)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants                                 FEBRUARY 25, 2004
———————————————————————X

———————————————————————X

FRANCIS BAKUTIS,                                 CIVIL ACTION

     Plaintiff                                  NO. 3:02CV01877 (MRK)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants                                 FEBRUARY 25, 2004
———————————————————————X

———————————————————————X

ROBERT C. BLACK,                                 CIVIL ACTION

     Plaintiff                                  NO. 3:02CV01873 (AVC)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants                                 FEBRUARY 25, 2004

———————————————————————X

——————————————————————————X

JAMES CAFFREY,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

——————————————————————————X

CIVIL ACTION

NO. 3:02CV01884 (CFD)

FEBRUARY 25, 2004

——————————————————————————X

CHARLES KANE,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

——————————————————————————X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

FEBRUARY 25, 2004

——————————————————————————X

FREDERICK N. KOVAL,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

——————————————————————————X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

FEBRUARY 25, 2004

———————————————————————X

SIGISMONDO LoVERME,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

———————————————————————X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

FEBRUARY 25, 2004

———————————————————————X

ALFRED SCHUMACHER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

———————————————————————X

CIVIL ACTION

NO. 3:02CV01875 (AHN)

FEBRUARY 25, 2004

———————————————————————X

TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

———————————————————————X

CIVIL ACTION

NO. 3:02CV01883 (AWT)

FEBRUARY 25, 2004

———————————————————————X

TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————X

CIVIL ACTION

NO. 3:02CV01872 (RNC)


FEBRUARY 25, 2004

———————————————————————X

MICHAEL BETTINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————X

CIVIL ACTION

NO. 3:02CV02030 (RNC)


FEBRUARY 25, 2004

———————————————————————X

PAUL F. CIUZIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————X

CIVIL ACTION

NO. 3:02CV02032 (JBA)


FEBRUARY 25, 2004

————————————————————— X

RICHARD FANNING,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

————————————————————— X

CIVIL ACTION

NO. 3:02CV02034 (SRU)

FEBRUARY 25, 2004

————————————————————— X

THOMAS FARLEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

————————————————————— X

CIVIL ACTION

NO. 302CV02035 (WWE)

FEBRUARY 25, 2004

————————————————————— X

CALOGERO FARRUGGIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

————————————————————— X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

FEBRUARY 25, 2004

——————————————————————X

CLYDE GIBBS,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

————————————————————X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

FEBRUARY 25, 2004

————————————————————X

THOMAS INFANTINO,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

————————————————————X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

FEBRUARY 25, 2004

————————————————————X

ANTONIO P. SARTORI, JR.,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

————————————————————X

CIVIL ACTION

NO. 3:02CV02039 (PCD)

FEBRUARY 25, 3004

————————————————————————X

LAWRENCE TRAMAGLINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

————————————————————————X

CIVIL ACTION

NO. 302CV02040 (SRU)

FEBRUARY 25, 2004

————————————————————————X

JOSEPH WALZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

————————————————————————X

CIVIL ACTION

NO. 3:02CV02041 (DJS)

FEBRUARY 25, 2004

————————————————————————X

MAURICE BARRETT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

————————————————————————X

CIVIL ACTION

NO. 3:03CV00180 (DJS)

FEBRUARY 25, 2004

———————————————————————————X

DAVID BETRIX,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

————————————————————————X

CIVIL ACTION

NO. 3:03CV00181 (WWE)

FEBRUARY 25, 2004

————————————————————————X

THOMAS BYRNE, SR.,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

————————————————————————X

CIVIL ACTION

NO. 3:03CV00182 (CFD)

FEBRUARY 25, 2004

————————————————————————X

FRANK DiLORENZO,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

————————————————————————X

CIVIL ACTION

NO. 3:03CV00183 (AWT)

FEBRUARY 25, 2004

——————————————————————————X

DENNIS INCONSTANTI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

——————————————————————————X

——————————————————————————X

JOHN F. JOHNSON, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

——————————————————————————X

——————————————————————————X

JERRY D. PATTERSON, SR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

——————————————————————————X

CIVIL ACTION

NO. 3:03CV00184 (MRK)

FEBRUARY 25, 2004

CIVIL ACTION

NO. 3:03CV00185 (GLG)

FEBRUARY 25, 2004

CIVIL ACTION

NO. 3:03CV00187 (GLG)

FEBRUARY 25, 2004

———————————————————————X

PEDRO RODRIGUEZ,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

———————————————————————X

CIVIL ACTION

NO. 3:03CV00188 (JBA)

FEBRUARY 25, 2004

———————————————————————X

RICHARD STARR,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

———————————————————————X

CIVIL ACTION

NO. 3:03CV00189 (RNC)

FEBRUARY 25, 2004

———————————————————————X

ROBERT WEST,

     Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants

———————————————————————X

CIVIL ACTION

NO. 3:03CV00190 (AWT)

FEBRUARY 25, 2004

—————————————————————————X

ROBERT F. WRIGHT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

—————————————————————————X

CIVIL ACTION

NO. 3:03CV00191 (RNC)

FEBRUARY 25, 2004

## REPLY MEMO IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER DATED JANUARY 27, 2004

The plaintiffs' request for an extension of time to object to the Court's Ruling is limited to any objections pertaining to the portions of RFP 4 and 12 that are subject to the plaintiffs' January 27 2004 Motion For Reconsideration. Plaintiffs' counsel called defense counsel after receiving their objections to the plaintiffs' Motion For Reconsideration and both counsel have no objection to the plaintiffs' request for an extension of time to file any objections since any objections would be limited to the Court's Ruling with respect to RFP 4 & 12.

The plaintiffs' motion was not untimely. The Court's Ruling was served via email at 12:01 a.m. on January 17, 2004. (App. A is a copy of the email received from the Clerk's Office. Appendix A is only attached to the Court's copy of this Reply Memorandum.)

The instant Motion was filed on January 27, 2004. Motions for reconsideration have to be filed within ten days of the Court's Order. D. Conn. L. Civ. R. 7(c). Pursuant to Fed. R. Civ. P. 6, "when the period of time prescribed or allowed is less than 11 days,

intermediate Saturdays, Sundays, and legal holidays shall be excluded in the calculation. "Thus, the deadline for filing the plaintiffs' motion was January 30, 2004.

The defendants contend "it is appropriate for the Court to review any responsive documents in camera in order to determine whether any responsive documents violate the Rule [4.2] and see if they are protected by the work product doctrine." D. Conn. L. Civ. R.  37(a) creates a presumptive inference that work product materials prepared after litigation is commenced do not even have to be identified in a privilege log, let alone produced for an in camera inspection.  It appears the Court based its Ruling that post litigation statements should be produced for in camera inspection on the grounds such statements obtained by plaintiffs' counsel would violate Rule 4.2.  The cases cited in the plaintiffs' Memorandum and in the defendants' opposition hold that Sec. 60 permits such contact with employees.  Accordingly, the plaintiffs request that the Court reconsider its decision to require production of post-litigation statements for in camera inspection, and upon reconsideration not require production of any such statements. Again, plaintiffs' counsel is not aware of any such statements.[1]

For the foregoing reasons, the plaintiffs respectfully request that the Court reconsider its Ruling insofar as it suggests plaintiffs' counsel would be violating Rule 4.2 if it attempts to get written statements from the defendants' employees.  Also, the

---

[1]  Moreover, it appears contrary to fundamental fairness to require plaintiffs' attorneys to produce post litigation statements that may be obtained from employees of the defendants when such statements do not even have to be identified in a privilege log pursuant to Rule 37.  Yet, at the same time, the Court refused to enforce the mandatory provisions of Rule 37 requiring the defendants to produce a privilege log pertaining to their work product and attorney client privilege assertions set forth in response to the plaintiffs requests for documents (requests that clearly covered pre-litigation documents).

plaintiffs request the Court reconsider its Ruling requiring any such statements get produced for the Court for in camera inspection.  Upon reconsideration, the plaintiffs respectfully request the Court modify its Ruling according to the prevalent caselaw cited and not require in camera inspection of any statements obtained from employees after litigation commenced.

Respectfully submitted,

FOR THE PLAINTIFFS,

By _____

Scott E. Perry (ct17236)

CAHILL & GOETSCH, P.C.

43 Trumbull Street

New Haven, Connecticut  06511

(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 25th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109 and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____

Scott E. Perry

# _APPENDIX  A_

## Scott

**From:**     <CMECF@ctd.uscourts.gov>
**To:**       <CMECF@ctd.uscourts.gov>
**Sent:**     Saturday, January 17, 2004 12:01 AM
**Subject:**  Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:02-cv-01675-PCD Compo v. Metro North, et al**
**Reply to Response to Motion    41**

**Docket Text:**
REPLY Memorandum in Support of [32] MOTION to Compel filed by Samuel J. Compo. (Inferrera, L.)

**3:02-cv-01675-PCD Compo v. Metro North, et al**
**Order on Motion to Compel    42**

**Docket Text:**
RULING granting in part and denying in part [34] Motion to Compel, denying [34] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01676-GLG Laskevitch v. Metro-North RR Co, et al**
**Order on Motion to Compel    38**

**Docket Text:**
RULING granting in part and denying in part [31] Motion to Compel, denying [31] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.) Modified on 1/16/2004 (Pesta, J.).

**3:02-cv-01677-GLG Selmont v. Metro-North RR Co, et al**
**Reply to Response to Motion    39**

**Docket Text:**
REPLY to Response to [31] MOTION to Compel Conrail Defendants filed by Michael Selmont. (Brown, S.)

**3:02-cv-01677-GLG Selmont v. Metro-North RR Co, et al**
**Order on Motion to Compel    40**

**Docket Text:**
RULING granting in part and denying in part [33] Motion to Compel, denying [33] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.) Modified on 1/16/2004 (Pesta, J.).

**3:02-cv-01678-RNC Fuda v. Metro-North RR Co, et al**
**Reply to Response to Motion    41**

**Docket Text:**
REPLY to Response to [33] MOTION to Compel Conrail Defendants filed by Robert L. Fuda. (Brown, S.)

**3:02-cv-01678-RNC Fuda v. Metro-North RR Co, et al**
**Order on Motion to Compel  42**

**Docket Text:**
RULING granting in part and denying in part [35] Motion to Compel, denying [35] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.) Modified on 1/16/2004 (Pesta, J.).

**3:02-cv-01679-WWE Geary v. Metro North Railroad, et al**
**Order on Motion to Compel  42**

**Docket Text:**
RULING granting in part and denying in part [35] Motion to Compel, denying [35] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01680-JBA Kiniry v. Metro-North RR Co, et al**
**Order on Motion to Compel  53**

**Docket Text:**
RULING granting in part and denying in part [44] Motion to Compel, denying [44] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01681-GLG Raggi v. Metro-North RR Co, et al**
**Order on Motion to Compel  42**

**Docket Text:**
RULING granting in part and denying in part [35] Motion to Compel, denying [35] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01682-JCH Russo v. Metro-North RR Co, et al**
**Order on Motion to Compel  42**

**Docket Text:**
RULING granting in part and denying in part [35] Motion to Compel, denying [35] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01683-JCH Scofield v. Metro North Railroad, et al**
**Order on Motion to Compel  47**

**Docket Text:**
RULING granting in part and denying in part [36] Motion to Compel, denying [36] Motion for

Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01684-JCH Sullivan v. Metro-North RR Co, et al**
**Reply to Response to Motion   41**

**Docket Text:**
REPLY to Response to [33] MOTION to Compel Conrail Defendants filed by Millard J. Sullivan. (Brown, S.)

**3:02-cv-01684-JCH Sullivan v. Metro-North RR Co, et al**
**Order on Motion to Compel   42**

**Docket Text:**
RULING granting in part and denying in part [35] Motion to Compel, denying [35] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01872-RNC Sweeney v. Metro-North RR Co, et al**
**Reply to Response to Motion   42**

**Docket Text:**
REPLY to Response to [34] MOTION to Compel Conrail Defendants filed by Timothy Sweeney. (Brown, S.)

**3:02-cv-01872-RNC Sweeney v. Metro-North RR Co, et al**
**Order on Motion to Compel   43**

**Docket Text:**
RULING granting in part and denying in part [36] Motion to Compel, denying [36] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01873-AVC Black v. Metro-North RR Co, et al**
**Reply to Response to Motion   39**

**Docket Text:**
REPLY to Response to [31] MOTION to Compel Conrail Defendants filed by Robert C Black. (Brown, S.)

**3:02-cv-01873-AVC Black v. Metro-North RR Co, et al**
**Order on Motion to Compel   40**

**Docket Text:**
RULING granting in part and denying in part [33] Motion to Compel, denying [33] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01874-JBA Kautz v. Consolidated Rail, et al**
**Reply to Response to Motion   45**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-01879-GLG Koval v. Metro-North RR Co, et al**
**Reply to Response to Motion   37**

**Docket Text:**
REPLY to Response to [27] MOTION to Compel Conrail Defendants filed by Frederick N Koval. (Brown, S.)

**3:02-cv-01879-GLG Koval v. Metro-North RR Co, et al**
**Order on Motion to Compel   38**

**Docket Text:**
RULING granting in part and denying in part [29] Motion to Compel, denying [29] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-01880-PCD Loverme v. Metro-North RR Co, et al**
**Reply to Response to Motion   41**

**Docket Text:**
REPLY to Response to [31] MOTION to Compel Conrail Defendants filed by Sigismondo Loverme. (Brown, S.)

**3:02-cv-01880-PCD Loverme v. Metro-North RR Co, et al**
**Order on Motion to Compel   42**

**Docket Text:**
RULING granting in part and denying in part [33] Motion to Compel, denying [33] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-01883-AWT Strand v. Metro-North RR Co, et al**
**Reply to Response to Motion   35**

**Docket Text:**
REPLY to Response to [28] MOTION to Compel Conrail Defendants filed by Timothy Strand. (Brown, S.)

**3:02-cv-01883-AWT Strand v. Metro-North RR Co, et al**
**Order on Motion to Compel   36**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:02-cv-01884-CFD Caffrey v. Metro-North RR Co, et al**
**Reply to Response to Motion  38**

**Docket Text:**
REPLY to Response to [30] MOTION to Compel Conrail Defendants filed by James E. Caffrey.
(Brown, S.)


**3:02-cv-01884-CFD Caffrey v. Metro-North RR Co, et al**
**Order on Motion to Compel  39**

**Docket Text:**
RULING granting in part and denying in part [32] Motion to Compel, denying [32] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02030-RNC Bettini v. Metro-North RR Co, et al**
**Order on Motion to Compel  40**

**Docket Text:**
RULING granting in part and denying in part [32] Motion to Compel, denying [32] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02032-JBA Ciuzio v. Metro-North RR Co, et al**
**Order on Motion to Compel  48**

**Docket Text:**
RULING granting in part and denying in part [40] Motion to Compel, denying [40] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02034-SRU Fanning v. Metro-North RR Co, et al**
**Order on Motion to Compel  36**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02035-WWE Farley v. Metro-North RR Co, et al**
**Order on Motion to Compel  35**

**Docket Text:**
RULING granting in part and denying in part [29] Motion to Compel, denying [29] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02036-CFD Farruggio, et al v. Metro-North RR Co**
**Order on Motion to Compel  40**

**Docket Text:**
RULUNG granting in part and denying in part [33] Motion to Compel, denying [33] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02037-WWE Gibbs v. Metro-North RR Co, et al**
**Order on Motion to Compel  38**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02038-GLG Infantino v. Metro-North RR Co, et al**
**Order on Motion to Compel  37**

**Docket Text:**
RULING granting in part and denying in part [29] Motion to Compel, denying [29] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02039-PCD Sartori v. Metro-North RR Co, et al**
**Order on Motion to Compel  40**

**Docket Text:**
RULING granting in part and denying in part [34] Motion to Compel, denying [34] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02040-SRU Tramaglini v. Metro-North RR Co, et al**
**Order on Motion to Compel  35**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:02-cv-02041-DJS Walz v. Metro-North RR Co, et al**
**Order on Motion to Compel  43**

**Docket Text:**
RULING granting in part and denying in part [35] Motion to Compel, denying [35] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:03-cv-00180-DJS Barrett v. Metro-North RR Co, et al**
**Order on Motion to Compel  35**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for

Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00181-WWE Betrix v. Metro-North RR Co, et al**
**Order on Motion to Compel   36**

**Docket Text:**
RULING granting in part and denying in part [29] Motion to Compel, denying [29] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00182-CFD Byrne v. Metro-North RR Co, et al**
**Order on Motion to Compel   29**

**Docket Text:**
RULING granting in part and denying in part [24] Motion to Compel, denying [24] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00183-AWT Dilorenzo v. Metro-North RR Co, et al**
**Order on Motion to Compel   32**

**Docket Text:**
RULING granting in part and denying in part [27] Motion to Compel, denying [27] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00184-MRK Inconstanti v. Metro-North RR Co, et al**
**Order on Motion to Compel   36**

**Docket Text:**
RULING granting in part and denying in part [31] Motion to Compel, denying [31] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00185-GLG Johnson v. Metro-North Railroad, et al**
**Order on Motion to Compel   33**

**Docket Text:**
RULING granting in part and denying in part [28] Motion to Compel, denying [28] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00187-GLG Patterson v. Metro-North RR Co, et al**
**Order on Motion to Compel   29**

**Docket Text:**
RULING granting in part and denying in part [24] Motion to Compel, denying [24] Motion for
Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)

**3:03-cv-00188-JBA Rodriguez v. Metro-North Railroad, et al**
**Order on Motion to Compel  37**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:03-cv-00189-RNC Starr, et al v. Metro-North Railroad, et al**
**Order on Motion to Compel  33**

**Docket Text:**
RULING granting in part and denying in part [28] Motion to Compel, denying [28] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:03-cv-00190-AWT West v. Metro-North RR Co, et al**
**Order on Motion to Compel  35**

**Docket Text:**
RULING granting in part and denying in part [30] Motion to Compel, denying [30] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)


**3:03-cv-00191-RNC Wright v. Metro-North RR Co, et al**
**Order on Motion to Compel  39**

**Docket Text:**
RULING granting in part and denying in part [32] Motion to Compel, denying [32] Motion for Sanctions . Signed by Magistrate Judge Joan G. Margolis on 1/15/04. (Pesta, J.)